AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 26 Cr. 003 (KAM) |
| John Doe | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

John Doe

Date: 1/8/2026

*Attorney's signature*

Jeremy Schneider  JS4504
*Printed name and bar number*
Rothman, Schneider, Soloway & Stern, LLP
100 Lafayette Street, Suite 501
New York, New York 10013

*Address*

jschneider@rssslaw.com
*E-mail address*

(212) 571-5500
*Telephone number*

(212) 571-5507
*FAX number*